UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2/20/24

-------------------------------------------------------------x
PATRICIA MACCHIAVELLO, on behalf of          :
herself and all other persons similarly situated,   :
                Plaintiff,          :
                                    :

v.                                                                  :

ABB/CON-CISE OPTICAL GROUP LLC,        :
                Defendant.          :
-------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 8468 (VB)

       The Court has been advised that the parties have reached a settlement in principle in this case. (Doc. #40).  Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than April 5, 2024.  To be clear, any application to restore the action must be filed by April 5, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines and scheduled court appearances are cancelled, and any pending motions are moot.

       The Clerk is instructed to close this case.

Dated: February 20, 2024
       White Plains, NY

                    SO ORDERED:

                    Vincent L. Briccetti
                    United States District Judge